# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:15-cr-00085-MR-DLH-14

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| GREGORY DANIEL STEEDLY, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court upon the Defendant's "Motion to Relocate Districts upon Release" [Doc. 592].

The Defendant requests that the Court enter an order transferring jurisdiction over his term of supervised release to the Northern District of Georgia. [Doc. 592].

The Defendant is currently incarcerated and serving a 37-month term. According to the Bureau of Prisons, the Defendant's current projected release date is July 2018. The Defendant has not yet been released to a halfway house and thus his term of supervision has not commenced. Accordingly, his motion for a transfer of jurisdiction related to his term of supervised release is premature. If and when the Defendant is placed in a

halfway house or other type of community placement, the Defendant may ask his supervising probation officer to request a transfer of jurisdiction by the Court.

**IT IS, THEREFORE, ORDERED** that the Defendant's "Motion to Relocate Districts upon Release" [Doc. 592] is **DENIED**.

**IT IS SO ORDERED.**

Signed: December 18, 2017

Martin Reidinger
United States District Judge